

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of B.G.J., a child.

\* From the 266th District Court
of Erath County,
Trial Court No. 22FAMDC-00020.

No. 11-23-00216-CV

\* November 15, 2024

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, we affirm the order of the trial court. The costs incurred by reason of this appeal are taxed against Appellant.